# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| **JAMES HARRIS**, | * |
| Plaintiff, | * |
| | * No. 1:23-cv-55 |
| v. | * |
| | * JURY DEMAND |
| **JOHNNY JERRY COLE** and | * |
| **DIRECT TRUCKING CORPORATION d/b/a** | * |
| **SPARC TRANSPORT**, | * |
| Defendants. | * |

## NOTICE OF REMOVAL

Without submitting to the jurisdiction of this Court and without waiving any available defenses, including, without limitation, lack of jurisdiction, improper venue, statute of limitations, insufficient process, or insufficient service of process, Defendants Johnny Jerry Cole ("Cole") and Direct Trucking Corporation d/b/a Sparc Transport ("Direct Trucking") (collectively "Defendants"), by and through undersigned counsel and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby file this Notice of Removal of the above-described action to the United States District Court for the Eastern District of Tennessee at Chattanooga, from the Circuit Court for Hamilton County, Tennessee where the action is now pending, and state as follows:

1. This cause is being removed pursuant to 28 U.S.C. §§ 1441 and 1446. Direct Trucking and Cole were both served on February 13, 2023. Removal is therefore timely filed within 30 days of service. *See* 28 U.S.C. § 1446(b)(1).

2. This case is a civil action for damages arising out of injuries allegedly sustained in a collision that occurred in Hamilton County, Tennessee. The United States District Court for the

Eastern District of Tennessee has jurisdiction by reason of the diversity of citizenship among the parties.

3. At the time of the commencement of this action in state court, and since that time, Plaintiff James Harris was and is a citizen and resident of Newton County, Georgia.

4. At the time of the commencement of this action in state court, and since that time, Cole was and is a citizen of the State of North Carolina. His citizenship is therefore diverse from that of Plaintiff.

5. Direct Trucking is a corporation organized under the laws of the State of Illinois and its principal place of business is located in Bensenville, Illinois. The citizenship of a corporation for purposes of diversity jurisdiction is both the state in which the entity is incorporated and the state where the corporation maintains its principal place of business. *See Hinton v. Wachovia Bank of Del. Nat'l Ass'n*, 189 Fed. App'x 394, 397 n.6 (6th Cir. 2006). Direct Trucking is therefore a citizen of the State of Illinois. There is complete diversity of citizenship among the parties and the diversity requirement of 28 U.S.C. § 1332(a) is met.

6. Plaintiff seeks $250,000 in damages. This Court may therefore exercise jurisdiction over his claims pursuant to 28 U.S.C. § 1332(a).

7. All properly joined and served defendants consent to or join in this removal.

8. A copy of all pleadings, process, and orders served upon Defendants are filed with this Notice and attached hereto as **Exhibit 1**.

9. Defendants will give written notice of the filing of this Notice as required by 28 U.S.C. § 1446(d).

10. A copy of this Notice will be filed with the Clerk of the Circuit Court for Hamilton County, Tennessee, as required by 28 U.S.C. § 1446(d).

**WHEREFORE,** Defendants request that this action proceed in this Court as an action properly removed to it.

        Respectfully submitted,

        **CARR ALLISON**

        BY: /s/ Sean W. Martin
            **SEAN W. MARTIN, BPR #020870**
            **MICHAEL J. PETHERICK, BPR #036155**
            Attorneys for Defendants
            736 Market St., Suite 1320
            Chattanooga, TN 37402
            (423) 648-9832 / (423) 648-9869
            swmartin@carrallison.com
            mpetherick@carrallison.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2023, I electronically filed a **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    Carson Royal
    Harriss Hartman Law Firm, P.C.
    P.O. Drawer 220
    Rossville, GA 30741

        **CARR ALLISON**

        BY: /s/ Sean W. Martin
            **SEAN W. MARTIN, BPR# 020870**
            **MICHAEL J. PETHERICK, BPR #036155**

- 3 -

Case 1:23-cv-00055-CLC-CHS   Document 1   Filed 03/15/23   Page 3 of 3   PageID #: 3